# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Lisa J. Zohrer,**<br>           Debtor. | chapter 7<br><br>Bankruptcy No. 17-27229<br><br>Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## <u>NOTICE OF TRUSTEE'S FINAL REPORT</u>

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #24)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on June 7, 2018.

Dated: June 7, 2018          **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Lisa J. Zohrer,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

Mailing Information for Case 17-27229

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Patrick A Meszaros**    patrickmeszaros@yahoo.com

**VIA US MAIL**

**LISA J. ZOHRER**
**19443 TRENTON WAY**
**MOKENA, IL 60448**

Capital One, N.A.
C O Becket And Lee Llp
Po Box 3001
Malvern, Pa 19355-0701

Frank Kenneth Zohrer
19443 Trenton Way
Mokena, Il 60448

Synchrony Bank
C/O Pra Receivables Management, Llc
Po Box 41021
Norfolk Va 23541

Quantum3 Group Llc As Agent For
Moma Funding Llc
Po Box 788
Kirkland, Wa 98083-0788

{00041111}                              3