# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                §
                                      §
Lisa J. Zohrer                        §   Case No. 17-27229
                                      §
                                      §
         Debtor                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                         Assets Exempt: 21,415.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,592.63     Claims Discharged
                                               Without Payment: 315,616.24

Total Expenses of Administration: 3,407.37

---

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 89,573.99 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,407.37 | 3,407.37 | 3,407.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 327,344.36 | 198,702.46 | 198,702.46 | 6,592.63 |
| **TOTAL DISBURSEMENTS** | $ 416,918.35 | $ 202,109.83 | $ 202,109.83 | $ 10,000.00 |

   4)  This case was originally filed under chapter 7 on  09/12/2017 .  The case was pending for 12 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/30/2018             By:/s/Zane L. Zielinski, Trustee
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1211 A Glen Mor Drive Shorewood Il 60404-0000 Will | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank, Payment Processing P.O. Box 9003 Gurnee, IL 60031-9003 | | 89,573.99 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 89,573.99** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 50.34 | 50.34 | 50.34 |
| International Sureties, LTD. | 2300-000 | NA | 4.38 | 4.38 | 4.38 |
| Associated Bank | 2600-000 | NA | 81.25 | 81.25 | 81.25 |
| Alan D. Lasko & Associates P.C. | 3310-000 | NA | 1,100.15 | 1,100.15 | 1,100.15 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 21.25 | 21.25 | 21.25 |
| Adam wolverton | 3731-000 | NA | 400.00 | 400.00 | 400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,407.37 | $ 3,407.37 | $ 3,407.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cardmember Services, PO Box 1423 Charlotte, NC 28201-1423 | | 10,309.99 | NA | NA | 0.00 |
| | Edward Hospital, PO Box 4207 Carol Stream, IL 60197 | | 86.73 | NA | NA | 0.00 |
| | Family Medical Group SC, 330 Madison St., STE 104 Joliet, IL 60435-6572 | | 290.92 | NA | NA | 0.00 |
| | USAA Credit Card Payments, 10750 McDermott Fwy San Antonio, TX 78288-0570 | | 23,244.78 | NA | NA | 0.00 |
| 1 | Capital One, N.A. | 7100-000 | 1,673.79 | 1,627.26 | 1,627.26 | 53.99 |
| 2 | Frank Kenneth Zohrer | 7100-000 | 289,000.00 | 194,160.00 | 194,160.00 | 6,441.92 |
| 4 | Quantum3 Group Llc As Agent For | 7100-000 | 1,560.37 | 1,673.79 | 1,673.79 | 55.53 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Synchrony Bank | 7100-000 | 1,177.78 | 1,241.41 | 1,241.41 | 41.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 327,344.36 | $ 198,702.46 | $ 198,702.46 | $ 6,592.63 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-27229 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Lisa J. Zohrer | | | | Date Filed (f) or Converted (c): | 09/12/2017 (f) |
| | | | | | 341(a) Meeting Date: | 10/12/2017 |
| For Period Ending: | 08/30/2018 | | | | Claims Bar Date: | 01/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1211 A Glen Mor Drive Shorewood Il 60404-0000 Will | 79,500.00 | 159,000.00 | | 10,000.00 | FA |
| 2. 2008 Hyundai Tucson Mileage: 123475 | 2,126.00 | 2,126.00 | | 0.00 | FA |
| 3. 2006 Kia Sportage Mileage: 68796 | 1,964.00 | 1,964.00 | | 0.00 | FA |
| 4. Furniture | 1,700.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 475.00 | 0.00 | | 0.00 | FA |
| 6. Bmo Harris Checking | 150.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $85,915.00     $163,090.00     $10,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):     Current Projected Date of Final Report (TFR):

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-27229  
Case Name: Lisa J. Zohrer  
Taxpayer ID No:  
For Period Ending: 08/30/2018  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2286  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/17 | 1 | F. Kenneth Zoher and Marilynn a zohrer<br>19443 Trenton Way<br>Mokena, IL 60448 | Settlement Funds | 1110-000 | $10,000.00 | | $10,000.00 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.51 | $9,988.49 |
| 12/22/17 | 5001 | Adam wolverton<br>Berkshire Hathaway<br>2301 N. Clark Streeit<br>Suite 202<br>Chicago, Illinois 60614 | | 3731-000 | | $400.00 | $9,588.49 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.77 | $9,573.72 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.23 | $9,559.49 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.84 | $9,546.65 |
| 03/08/18 | 5002 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | Yearly Bond | 2300-000 | | $4.38 | $9,542.27 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.19 | $9,528.08 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.71 | $9,514.37 |
| 07/13/18 | 5003 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,800.34 | $7,714.03 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($1,750.00) | 2100-000 | | |

Page Subtotals: $10,000.00 $2,285.97

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 17-27229 | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Lisa J. Zohrer | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX2286 | |
| | Checking | |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($50.34) 2200-000 | | | |
| 07/13/18 | 5004 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Distribution | | | $1,121.40 | $6,592.63 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($1,100.15) 3310-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($21.25) 3420-000 | | | |
| 07/13/18 | 5005 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 3.32 % per court order. | 7100-000 | | $53.99 | $6,538.64 |
| 07/13/18 | 5006 | Frank Kenneth Zohrer<br>19443 Trenton Way<br>Mokena, Il 60448 | Final distribution to claim 2 representing a payment of 3.32 % per court order. | 7100-000 | | $6,441.92 | $96.72 |
| 07/13/18 | 5007 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 3 representing a payment of 3.32 % per court order. | 7100-000 | | $41.19 | $55.53 |
| 07/13/18 | 5008 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 4 representing a payment of 3.32 % per court order. | 7100-000 | | $55.53 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals: $0.00  $7,714.03

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

| | TOTAL OF ALL ACCOUNTS | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX2286 - Checking | $10,000.00 | $10,000.00 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $10,000.00 |
| **Total Gross Receipts:** | $10,000.00 |

Page Subtotals:    $0.00    $0.00